## CREEK NATION v. UNITED STATES.

No. 124.   Argued April 24, 1962.—Decided June 4, 1962.

*Paul M. Niebell* argued the cause and filed briefs for petitioner.

*Ralph A. Barney* argued the cause for the United States. With him on the briefs were *Solicitor General Cox, Richard J. Medalie, Roger P. Marquis* and *Hugh Nugent.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

## HOLDEN v. PIONEER BROADCASTING CO. ET AL.

No. 1092, Misc.   Decided June 4, 1962.

*Dale A. Rader* and *Robert F. Maguire* for appellant.

*Clarence J. Young* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.